**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| IN RE: CERNER/ORACLE DATA BREACH LITIGATION. ) | |
| CARLA ROGERS ) | |
| Plaintiff, ) | |
| v. ) | No. 25-00402-CV-W-BP |
| CERNER CORPORATION d/b/a Oracle Health, Inc., *et al.,* ) | |
| Defendants. ) | |

**CLERK'S ORDER OF DISMISSAL**

On the 10th day of November 2025, a Notice of Voluntary Dismissal of Plaintiff Carla Rogers was filed in Case Number 25-0259,

IT IS ORDERED that pursuant to the dismissal entered in Case Number 25-0259 on November 10, 2025, (Doc. 96), Carla Rogers' claims are dismissed without prejudice.

.

AT THE DIRECTION OF THE COURT

Paige Wymore-Wynn, Clerk of Court
**/s/ Shauna Murphy-Carr**
Deputy Clerk

Date: November 10, 2025